# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN MONTEMAYOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>　　　　Defendant. | Case No. 1:23-cv-01348-KES-SAB<br><br>ORDER RE: STIPULATION TO EXTEND NON-EXPERT DISCOVERY DEADLINE<br><br>(ECF No. 15) |

　　　Before the Court is the parties' stipulation to extend non-expert discovery by forty days. For good cause shown, the Court hereby approves the stipulation and ORDERS that the Scheduling Order is modified to reflect that the deadline for non-expert discovery is now March 17, 2025.

IT IS SO ORDERED.

Dated: **January 8, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge