1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FERMIN MONTEMAYOR,<br><br>        Plaintiff,<br><br>    v.<br><br>GUARDIAN INDUSTRIES, LLC,<br><br>        Defendant. | Case No. 1:23-cv-01348-KES-SAB<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND ADJUST THE DOCKET TO REFLECT VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE<br><br>(ECF No. 30) |
|---|---|

On February 28, 2025, the parties filed a stipulation dismissing this action with prejudice. In light of the stipulation, this entire action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

Accordingly, the Clerk of the Court is HEREBY ORDERED to CLOSE the file in this case and adjust the docket to reflect voluntary dismissal of this action pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **March 4, 2025**

                STANLEY A. BOONE
                United States Magistrate Judge

1